# In the United States Court of Federal Claims

**Filed: 5/6/05**

**No. 85-33**

**MANKE LUMBER CO., et al.,**
**(MT. ADAMS VENEER CO.),**

**V.**

**THE UNITED STATES**

**Transcript of Proceedings (3 Volumes) Taken at Seattle, Wa**
**Before Judge Honorable Eric G. Bruggink**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.