# In the United States Court of Federal Claims

**NOTICE**

**MANKE LUMBER CO., et al.**
**(MT. ADAMS VENEER CO.),**

**No. 85-33C**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C.,** May 9, 2005

To Attorney of Record, Assistant Attorney General and Judge : Honorable Eric G. Bruggink

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Cumulative Index of exhibits (Plaintiff's exhibits 15, 18-25, 28-30, Defendant's exhibits 1-13, 16, 17, Joint exhibits 3, 5, 7, 9, 10, 11, 13-17, 24-28) submitted at Seattle, WA., between April 5, 2005 through April 7, 2005.

Brian Bishop
Brian Bishop Clerk